UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILL PLETCH and MICHAEL MURPHY,

    Plaintiffs,

v.    Case No. 8:07-cv-843-T-24 MSS

ALLISON TRANSMISSION, ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Defendant Freightliner Custom Chassis Corporation's ("Freightliner") Motion for Sanctions Pursuant to 28 U.S.C. § 1927. (Doc. No. 15). Plaintiffs' counsel has not filed a response in opposition, despite the Court's Order warning him that failure to respond would result in the Court considering the motion to be unopposed. (Doc. No. 20).

**I. Background**

Plaintiffs filed suit against Defendant Freightliner relating to an allegedly defective recreational vehicle, a 2005 Country Coach Allure. Plaintiffs asserted two claims against Freightliner–a claim under the Magnuson-Moss Act and a claim under Florida's Deceptive and Unfair Trade Practices Act. In response, Freightliner filed a motion, in which it presents evidence that it did not supply the chassis for the subject vehicle, because Freightliner does not supply chassis for Country Coach units, and that it informed Plaintiffs' counsel of this prior to the filing of the lawsuit. (Exhibits attached to Doc. No. 15). Plaintiffs did not respond to the motion for summary judgment, despite being warned by the Court to do so, and as such, the

Court granted summary judgment in favor of Freightliner. (Doc. No. 20).

## II. Motion for Sanctions

In the motion for summary judgment, Freightliner also requested sanctions, pursuant to 28 U.S.C. § 1927.[1] Plaintiffs' counsel did not respond to this request, despite the Court directing him to do so and warning that the failure to respond would result in the Court granting the motion. (Doc. No. 19, 20)  As such, the Court grants Freightliner's motion for sanctions and directs Freightliner to file a motion for attorneys' fees and/or costs.

## III. Conclusion

Accordingly, it is ORDERED AND ADJUDGED that Freightliner's Motion for Sanctions Pursuant to 28 U.S.C. § 1927 (Doc. No. 15) is **GRANTED**.  Freightliner is directed to file a motion for fees and/or costs by August 8, 2007.  If Plaintiffs' counsel does not respond to the motion for fees and/or costs within ten days from the filing of the motion, the Court will consider the motion to be unopposed and will grant the motion.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of July, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

---

[1] Section 1927 provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."