UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILL PLETCH and MICHAEL
MURPHY,

       Plaintiffs,

v.                                                      Case No.  8:07-cv-843-T-24 MSS

ALLISON TRANSMISSION, ET AL.,

       Defendants.
_____/

**ORDER**

      This cause comes before the Court on Defendant Freightliner Custom Chassis Corporation's ("Freightliner") Motion for Attorney Fees.  (Doc. No. 26).  Plaintiffs' counsel has not filed a response, despite the Court's Order warning him that failure to respond would result in the Court considering the motion to be unopposed.  (Doc. No. 22).  Plaintiffs' counsel's response was due on August 27, 2007, and to date, a response has not been filed.  The Court notes that it appears that Plaintiffs' counsel attempted to file a motion for reconsideration of the order awarding sanctions (Doc. No. 29) on August 16, 2007, but the document was terminated because it was filed incorrectly.  The docket sheet reveals that on August 16, 2007, Plaintiffs' counsel was notified to re-file the document if he wanted the Court to consider it.  Plaintiffs' counsel attempted to re-file it, but it was not re-filed correctly.  (Doc. No. 37).

      The Court will give Plaintiffs' counsel one final opportunity to respond to the pending motion for attorneys' fees.  If Plaintiffs' counsel fails to file a response by Friday, August 31, 2007, the Court will consider the motion to be unopposed and will grant the motion.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of August, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record