UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILL PLETCH and MICHAEL MURPHY,

    Plaintiffs,

v.                                              Case No. 8:07-cv-843-T-24 MSS

ALLISON TRANSMISSION, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendant Country Coach's Motion to Require Plaintiffs to Post Bond or to Dismiss Count VI. (Doc. No. 66). Plaintiffs did not respond to the motion, and as a result, the Court issued an order to show cause warning Plaintiffs that failure to respond by March 14, 2008 would result in the Court deeming the motion to be unopposed and dismissing Count VI. (Doc. No. 71). Plaintiffs' counsel did not respond, so the Court will now dismiss Count VI for lack of prosecution.

Accordingly, it is ORDERED AND ADJUDGED that Country Coach's Motion to Require Plaintiffs to Post Bond or to Dismiss Count VI (Doc. No. 66) is **GRANTED** to the extent that the Court dismisses Count VI without prejudice.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record