UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILL PLETCH and MICHAEL MURPHY,

    Plaintiffs,

v.                                            Case No.  8:07-cv-843-T-24 MSS

ALLISON TRANSMISSION, ET AL.,

    Defendants.
_____/

**<u>ORDER</u>**

This cause comes before the Court on Defendants Country Coach and Lazy Days' Motion to Tax Attorneys' Fees and Costs Against Plaintiffs and/or Their Counsel.  (Doc. No. 103).  Plaintiffs opposes the motion.  (Doc. No. 104).

The Court dismissed this case without prejudice due to Plaintiffs' counsel's conduct in the case and Plaintiff Murphy's lack of commitment to the case.  (Doc. No. 101).  The Court dismissed Plaintiff Pletch's claims because he lacked standing.  (Doc. No. 101).

In the instant motion, Defendants move the Court to either reconsider its order of dismissal and dismiss the case with prejudice and then award them their attorneys' fees and costs, or to sanction Plaintiffs in the form of attorneys' fees and costs pursuant to the Court's inherent authority, 28 U.S.C. § 1927, or Federal Rule of Civil Procedure 16(f).  Upon consideration, the Court declines to reconsider its prior order and dismiss the case with prejudice, and the Court finds that further sanctioning Plaintiffs and/or their counsel in the form of attorneys' fees and costs is not warranted.

Accordingly, it is ORDERED AND ADJUDGED that Defendants' Motion to Tax

Attorneys' Fees and Costs Against Plaintiffs and/or Their Counsel (Doc. No. 103) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record